**CAPEZZA HILL, LLP**
ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

August 1, 2024

*Via ecf only*

Hon Rachel P. Kovner
District Court Judge
Eastern District of New York
225 Cadman Plaza East, Room 430 North
Brooklyn, N.Y. 11201

    Re: *United States v. Breault et al*. 23-158

Your Honor:

    This office represents Kelly McDermott in the above-referenced matter. Upon the consent of AUSA Campbell, I would respectfully request that the sentencing hearing currently scheduled for October 28, 2024 be adjourned until the week of December 8, 2024. I have confirmed that all parties are available on December 10, 11, or 13th that week.

    Please do not hesitate to contact me should you have any questions or concerns.

    Respectfully submitted,

    **CAPEZZA HILL, LLP**

By: _____
    Benjamin W. Hill