Honorable Judge Kovner

I am Kelly McDermott's husband and I am requesting that what follows be considered in determining her sentencing.

During the thirty plus years of our marriage I have witnessed with pride and amazement as my wife created a service that deeply touched thousands of people. She accomplished this by welcoming all who sought her care without regard for their ability to pay, their history, their race, religion, or ethnicity. Kelly thinks of her practice as a ministry that is rooted in the principle of healthcare as a basic human right and in recognition of the crucial importance to our society of supporting birthing women and families.

Unlike most practitioners, Kelly refuses to tell her clients what to do or make recommendations. Instead, she provides extensive educational material and guidance in understanding current standards of care and the evidence that does or does not support, them. Families are then enabled to make choices that reflect their values. This represents a marked departure from standard medical practice where the provider is the "expert", and the patient is expected to submit to his/her wisdom. Kelly's insistence on being a supporter, rather than a leader, profoundly empowers birthing women.

This democratization of care is not a popular model. Both too much time and too much trust are required. These are in short supply in a milieu where practitioners are pressured to produce 25 -30 billable encounters per day, and where women see multiple practitioners during a pregnancy and many non-evidence-based protocols are in place for the convenience of the providers.

I am immensely proud of my wife and the work she has done. Choosing to take the harder road has not been cost free. It has impacted our family and our relationship, but we deeply believe in the importance of her model and the community it has engendered.

I know, as does Kelly, that her actions met the bar of conspiracy as outlined in the indictment. It is right and fitting that she be held accountable for what she did. It is also right and fitting that she is not accountable for what she didn't do. Kelly is not "anti-vax", her practice model renders her personal opinions irrelevant, and she is fundamentally averse to any one size fits all dogma or doctrine. Lastly, the notion that Kelly was motivated by financial gain is untrue and inconsistent with her long history of pro bono and charitable works. Kelly cares, sometimes to my chagrin, less about money than anyone I know.

I fervently hope you will allow Kelly to continue the crucial work she has undertaken. Thank you for your consideration.

Gary Edelman

July 26, 2024

Judge Kovner,

My name is Shana Olson-Laake, and I am writing on behalf of Kelly McDermott.

I first met Kelly as a patient considering a homebirth. I scheduled a 30-minute consultation with her, free of charge, and after nearly two hours of speaking with her and of truly being *heard* by her, I knew that this was a midwife that I could trust fully with own well-being and that of my unborn child. I had my first home birth with Kelly in June of 2011. Since that birth, I have gone on to birth four more babies into her hands.

Over the past thirteen years, with the many, *many* hours that Kelly has invested in me and my family – all of our prenatal appointments going well over their hour allotment - I have gotten to know Kelly on a personal level. She has gone from being a medical provider to a friend and, now, to someone I consider family. There are not words that can adequately describe the impact that Kelly has had on me as a woman, as a mother and, perhaps most importantly, as a nurse and future midwife who has come to model the care I provide my patients after the care that she has provided me.

Not only has Kelly served as a mentor to me along my journey as a birth worker – first as a labor delivery nurse, then as a professional doula and currently as a lactation consultant– her financial contributions have helped make that journey possible. In June of last year, Kelly financed the 95 hours of education needed for me to sit for the exam to become an International Board-Certified Lactation Consultant, as well as for the exam itself. The total cost of this was $1655. All that Kelly asked in return was that I use my knowledge and skills to serve the Sage-Femme community.

She then included my breastfeeding-consultation services free of charge to any woman under her care that needed them – paying me out of her own pocket.

There is another time that Kelly paid me out of her own pocket to serve a woman under her care that is important for you to know about:

In February of this year, my contract as a travel nurse in Rochester, New York was abruptly canceled, leaving me without income to support my family. At the same time my life was in crisis, so was one of Kelly's clients, L███.

L███ had survived a horrific sexual assault and, as a result, developed a crippling eating disorder. Unfortunately, the body changes she experienced during pregnancy were a trigger and her eating disorder worsened. Now 8-months pregnant and barely 100 pounds, she was hospitalized in Albany for re-feeding. Once medically stabilized, Albany had no services to offer her, and the nearest hospital with an eating disorder treatment program was three hours away. Unwilling to be that far from home and her partner just weeks before her delivery, it seemed she was out of options to stay well for the remainder of her pregnancy.

Until Kelly came up with one:

She found an eating disorder treatment program that was virtual and would allow Lauren to stay home, and she hired me as a live-in nurse. For four weeks, until Lauren delivered her baby, I provided nursing care in her home, monitoring her caloric intake and ensuring her adherence the treatment plan. Kelly provided all of the food – out of her own pocket – and she paid me – again, out of her own pocket – nearly $10,000 for the nursing services I provided. Kelly went far above and beyond what was required of her – or what she was paid to do – as a midwife to ensure the best outcome for two of her mamas in need.

When I asked Kelly why she did it, her answer was heartbreaking: "I couldn't save my daughter [from addiction], but maybe I can save her."

Her youngest child, Celeste, died at the age of 21 from a drug overdose.

Regardless of her motive, going above and beyond for the women and families she serves in our community is what Kelly McDermott does.

When she began serving the Amish and Mennonite communities, recognizing the devastating genetic disorders that were plaguing the babies being born into her hands, Kelly partnered with The Clinic for Special Children, a non-profit laboratory, to provide low-cost testing for genetic mutations found in Amish and Mennonite populations. If families wished to have this but could not afford it Kelly would – once again – pay for this out of her own pocket.

Just like she paid for the Welch Allyn OAE hearing screener. Unfortunately, hearing loss is one genetic disorder that is prevalent among children in the Amish community. Having a daughter of her own (Nina) who suffered from childhood hearing loss, Kelly recognized the importance of early detection and purchased this $4900 piece of equipment so that all babies could be tested in their first weeks of life.

This is who Kelly McDermott is.

I could give you many, many more examples – from the lending of her office space free of charge to anyone offering birth services in the Capital Region to the end-of-life care she provides in the Amish community – but I recognize that your time is valuable.

Kelly is a deeply compassionate human who gives freely of her time and energy. She is a person truly invested in bettering the lives of all those she serves.

I implore you to take this into consideration when determining her sentence.

Losing her and all that she brings would be devastating to families of the Capital Region.

Thank you for your time and consideration,

Shana Olson-Laake
███████████
███████████@gmail.com

**Dr. Andrew & Melissa Martin**

██████████

9th September 2024

Dear Judge Kovner:

I am writing this character reference letter on behalf of Kelly McDermott for her upcoming sentencing. I am sharing my personal story with the hope it gives you a glimpse of who Kelly is beyond the limited interactions of court documents and hearings.

I first communicated with Kelly late in the summer of 2021 when I unexpectedly found myself pregnant with my 4th child. I had delivered my three previous children at local hospitals under the care of first an OB and then midwives. With this pregnancy, I found out that the midwife practice I had used for my two prior deliveries had merged with another practice and was now significantly larger. Due to concerns about the larger practice combined with my own increased exposure to and interest in home birth, I started researching home birth options in the Capital Region.

I identified every home birth midwife and obsessively reviewed websites, social media and available reviews. After my extensive research, I settled on Kelly McDermott at Sage-Femme. Her extensive experience, commitment to patient-centered care, and dedication to under-served communities (specifically the local Amish community) made my decision clear. I reached out to her office and received a follow-up call from Kelly to schedule an initial consultation. Meanwhile, I decided to keep my ultrasound appointment at the other practice. It was during that appointment I found out that my little baby was measuring small and had no heartbeat, signs of a likely miscarriage. I reached out to Kelly's office to cancel my appointment and shortly thereafter I received the following text from Kelly:

"Hi Melissa... this is Kelly from Sage-femme midwifery ... prayers you get good news later in the week. 🙏🙏🙏Please reach out if there is anything I can help with 💜"

I was shocked, never before had I received a text from a healthcare provider, let alone one that I had never even met before. I never rescheduled my appointment with Kelly as the pregnancy did result in a miscarriage.

The following summer when I found myself pregnant with my rainbow baby, I knew I wanted to see Kelly and called Kelly's office to set up an appointment. I was devastated to find out that Kelly's schedule was full, and she couldn't take me. I knew I didn't want to go back to my prior practice where I felt like a number and would be shuffled between providers. I also knew, after my prior search, that Kelly was the home birth midwife that I wanted to see.

I did the only thing I could think of which was to text Kelly. I asked if there was any way she could squeeze me in. She quickly responded that she didn't know it was me and that she "would make room". Only later did I find out that "make room" meant she would deliver 12+ babies in the month of April compared to the more typical 6!

Throughout the next nine months, I came to find out that the heartfelt text I received a year previously and the willingness to make room is quintessential Kelly... caring for the women that are under her care in a deeper, more personal way and that she every day sacrifices her own personal comfort and wellness to care for those who entrust their health and lives with her. She is available and answers calls at any time of the day or night, no matter what she is doing. She puts the care of her clients first: many of my appointments were on Saturdays or Sundays because those were the only days that she could fit everyone in... including on a Sunday that was her birthday!

Over the coming months my knowledge of Kelly's care only deepened; she took the time to research extensively the different approaches and options available to pregnant women and shared them with me to educate me so I could make decisions that I felt were best for me. For example, at previous practices,  I was always expected to receive the flu vaccine. Instead of a blanket recommendation or refusal, Kelly provided information on the pros and cons of the flu vaccine and when I decided to receive it, I was promptly provided the vaccine in her office.

Over the course of my pregnancy, I was personally cared for in a way that I did not experience with my prior pregnancies. Kelly focused on making me as comfortable and healthy as possible. I received recommendations for sleep aids for my insomnia, KT tape for my aching belly, aspirin after a bout of COVID mid-pregnancy, liquid iron for my anemia, to list just a few. These were recommendations that were tailored to me and that I had never received from any other provider.

And after 39 weeks, because of Kelly, my beautiful baby boy was born in my home in the early morning of Easter Monday; all 10 lbs 14 oz of him after a few hours of labor, less than 20 mins of pushing and no stitches. Because of Kelly, my three kids were able to wake up and find their new baby brother in bed with mom and dad. They were able to hold him in his first hours of life and start

forming a bond of love and adoration that continues to today. This peaceful, beautiful outcome was possible because of one woman who has dedicated her entire life to following the call of a mission so much higher than just an occupation. She sacrificed her comfort to serve me, and my story is just one of hundreds, if not thousands, of women who have been cared for by Kelly's capable hands and loving heart.

More than thirteen years ago, I was sitting in a law school classroom participating in hours of lectures and discussions on improving and optimizing our justice system. Despite the hours spent, we never came to an optimal solution for sentencing and justice. But here in this case, I know deeply and personally that there is no justice served in keeping Kelly from continuing with her mission of supporting women. And I hope that by telling my story, one tiny piece in the life of Kelly, you see the truth in that statement. The only impact in removing Kelly from society would be to deprive women from receiving comprehensive, informed care and love that is so starkly missing from conventional practice. For this reason, my husband and I so deeply believe that justice and our community is best served in allowing Kelly to be free.

Sincerely,

Melissa S. Martin, JD

University of Michigan Law School, 2012

Andrew Martin, Ph.D, Materials Engineering

University of MIchigan, 2013

Rebecca LaBombard

@gmail.com

September 18, 2024

Dear Judge Kovner,

I am writing a character reference to you for Kelly McDermott, a midwife I have worked with both personally and professionally. Personally, Kelly provided midwifery and well-woman care services to me after the birth of my first child, and provided care to me through my second and third pregnancies as well. I received the best health care of my life during that time. Her approach is individualized, high-quality, not rushed and is consent forward. It is warm, caring and compassionate. The consent forward piece is important to note in more detail here; she's the first and only healthcare provider I've had in my 40+ years on this planet who asks before touching during any exam or appointment. Her approach in this manner truly made me feel like I was in control of my own body in a health care setting - an experience I had never had prior to being in her care. It made me feel safe, empowered and in control. I can only imagine the comfort that would bring someone with a history with sexual, birth or medical violence. She fosters a welcoming and supportive environment where I always felt heard, respected and that each decision made about my body, my care and my birth was collaborative and that I truly had a say in what happened to and with my body and for my babies.

From my professional perspective, Kelly is incredibly generous with her time, resources, space and mentorship. I am currently a lactation professional in private practice and I wouldn't have built a successful business without her help, guidance and generosity. She shared business savvy knowledge with me, helped me to get started, would be a sounding board for tricky situations, provided me an office space and teaching space free of charge to see clients and run classes, and helped me navigate the world of small business life without asking for anything in return.

Kelly's combination of attentive, consent-forward care and her generous spirit make her an important part of the birth world at large and within our community.

Sincerely,

Rebecca LaBombard

Dear Judge Kovner,

My name is E, I am 8 years old. The first time I met Kelly McDermott was when I was born. She helped birth myself, my mom, my brother and a lot of my cousins. I am thankful she kept my mommy safe. She is the best! When I first saw her office for one of my Mom's appointments, it was very welcoming. There were toys for my brother and I to play with. After the appointment, she gave my brother and I an organic lollipop for being so good. Of course she asked our mom first. She is amazing, nice, kind, beautiful, heartfelt, all the things.

From,

E█████ O██████



Sage-Femme Midwifery PLLC

959 Washington Ave.
Albany, NY 12206

Ph (518)813-9290
Fax (518)813-9291
www.sage-femmemidwifery.com
www.facebook.com/SageFemmeMidwifery

July 22, 2024

Dear Honorable Judge Kovner,

I am writing to you today to request leniency in the sentencing of Kelly McDermott. I have known Kelly since 2017 after seeking midwifery and homebirth care for my second pregnancy and birth. Since then, I have had my third son under Kelly's care and guidance and am currently 20 weeks pregnant and seeing Kelly again for medical care.  I also began working with Kelly in August of 2023, assisting in the midwifery office and at births around the region.

I have seen firsthand the passion and high level of care Kelly feels for her clients, as a patient myself and while working with her. Kelly makes her patients feel empowered by using informed decision making with her clients. She gives her clients the options and risks of each option and then allows them to decide what option is best for them. Whether the discussion is about ultrasounds, circumcision, vaccinations, VBAC (vaginal birth after cesarean) or any other choices that parents must make throughout the course of their pregnancy. Sage-Femme Midwifery is a practice rooted deeply in the idea that people need to be allowed to make their own decisions, an idea that is so often overlooked and pushed aside.

Kelly cares for several religious populations who strongly believe in the will of God. She cares for people who distrust the medical system, who have been mistreated or neglected by doctors and in hospitals. Often, she has nurses and other medical staff as patients, as they see the flaws in the system and seek an alternate avenue. All of these individuals seek Kelly's care for her compassion, her judgeless listening, her depth of knowledge, and her decades of experience.

Not only does Kelly provide exceptional care to the women of the capital region, she also has a giving heart and consistently donates to those in need. Sage-Femme collects diapers, breast milk, previously loved pregnancy belts, baby clothes or breast pumps to distribute to mothers in need. And has had several fundraisers for Street Soldiers of the Capital District, Things of My Very Own and The Food Pantries of the Capital District. The Sage-Femme Studio space has often



**Sage-Femme Midwifery PLLC**

959 Washington Ave.
Albany, NY 12206

Ph (518)813-9290
Fax (518)813-9291
www.sage-femmemidwifery.com
www.facebook.com/SageFemmeMidwifery

been used for birth preparation classes, birth talk gatherings and parenting group get-togethers. Kelly will often cover supplements that a patient needs but is struggling to afford. I have seen her waive birth pool fees, reduce care fees for uninsured and underinsured patients.

Kelly McDermott's priority has been first and foremost to her patients. In a world where policy and procedure reigns above all else, she has created a practice that focuses on the individual and what their wants and needs are. She has created a space where all are welcome regardless of socio-economic status, race, religion or any other divisible characteristics. It is my hope that she is allowed to continue providing exceptional care to the women and babies in the capital region.

Thank you for your consideration of this letter in your decision making,

Emily Opalka





Dear Judge Kovner.

I'd like to introduce you to the Kelly McDermott I know and love. Kelly and I met 16 years ago right before I became pregnant with my first child.

After experiencing horrendous care through a different practice, a friend of mine recommended I see a midwife (Kelly) for the best care I needed as a woman, but also eventually for when we started a family. I figured I had nothing to lose and everything to gain. My first visit with Kelly was a relief. A breath of fresh air. I felt seen, and heard. Immediately I knew I was going to be well taken care of, and I felt like I was in the best hands possible. When I became pregnant I had all my prenatal visits with her, up until the end of my pregnancy when Kelly told me she was leaving the practice and was opening her own business. I was horrified of what other cared if receive so I knew right then and there, without a doubt, I was following her. She mentioned the phrase "home birth", and although it seemed kinda scary, I was all in and it continues to one of the best decision of my entire life. I had grown to trust Kelly, and although my pregnancy

came with risks, she had so much knowledge and guided me every step of the way to make the best decisions for not only my own health but also my baby. Kelly showed me resources and gave me so much information about home birth and all the many details that it entailed. She was very detailed and organized and let me see and feel that I had options for my course of treatment outside of the regular medical world and their rules. That maybe just maybe there is not just one way, and that having open eyes and the right resources, things could be different. Unless it was a matter of death and intervention was absolutely required, my health became my voice, and that drove me to became who I am today. I made my own rules and it was amazing! As I grew as a person and learned so much about birth and my own health through Kelly's wisdom, I shared all my new found knowledge with my husband and my family and friends. My eyes were opened to a whole new world and my confidence boosted like never before. My family noticed, and although skeptical, they trusted me and ultimately learned to trust Kelly. It's been 15+ years and I've been fortunate enough to have Kelly by my side in birthing 5 children of my own. She has become not only my midwife, but my best friend and second mother. I've been lucky enough to have the rare privilege of getting to know Kelly on an extremely personal level, and we've shared our lives together. I've watched Kelly over the years give 100% of herself, completely selflessly, often sacrificing herself and/or own family, for others. I've watched her be the biggest Mama Bear known to man and go to bat for all of her children. I've watched her stand by her husbands side and respect him, all while he's honored her and her calling. That same instinct I witnessed, she's done not only me but my children, and also my own family. I am just one of the THOUSANDS of people, including the Amish community, who's life has been changed because of Kelly, and I can only praying that one day I'll become .5% of the woman she is. There is not a single person who truly knows this woman and her heartbeat and love for people, that could say a bad word about this woman. Your Honor, I beg for leniency on Kelly as you consider her sentencing. Taking Kelly away from serving people would be detriment to our society, as so many people truly need her. Please, learn this incredible woman and hear people's testimony. Ultimately, please please have mercy on her.

Thank you for your time.
Respectfully,
Jamie Speziale

████████

████████

████████

**From:** Jordan Fruchter
████████████████████
**Date:** August 1, 2024 at 08:54:07 EDT
**To:** Kelly████████████████EDT
**Cc:** leahgb94████████████████
**Subject: Character Letter**

Jordan and Leah Fruchter



July 30th, 2024

RE: Kelly McDermott

To The Honorable Judge Kovner:

By way of introduction, my name is Jordan Frucher and I am writing on behalf of Kelly McDermott. I am an attorney at Goldman Sachs where I provide tax advice to high net worth individuals. I am exceedingly confident that my job (which essentially entails helping the rich get richer) is not exactly making this world a better place. On the other hand, I can unreservedly say with that same degree of confidence that Mrs. McDermott is making the world a better place.

This is the first time I have ever written a character letter and I confess I do not know the best way to proceed. I think it would be most useful to relay how much of an overwhelmingly positive impact Mrs. McDermott has had on my family's life by providing the details of the birth of our first child, E█████. I am certain our family is just one of the hundreds (if not thousands) of families that could share a similar story of Mrs. McDermott.

Mrs. McDermott came into my family's life when my wife, Leah, became pregnant in October 2022. My wife wanted to give birth at home rather than at a hospital. While I was supportive of my wife's decision, I had my reservations about homebirth. This was our first pregnancy and I had no frame of reference. Wasn't this risky? What if something went wrong during birth? What if the midwife wasn't able to make it in time and I had to deliver our child? Despite my reservations, we moved forward with the idea of a homebirth and searched for a midwife.

Upon a recommendation from a mutual friend, we met with Mrs. McDermott to see if we wanted her as our midwife. After our initial meeting with Mrs. McDemott, I cannot say all of my worries were immediately relieved (I can be quite the pessimist), but she did alleviate many of my "what if" concerns. As we worked with her over the next several months, my concerns faded away as I came to appreciate Mrs. McDermott's wisdom and overall approach. When we first learned of the allegations against Mrs. McDermott in April 2023, we understandably troubled as my wife's due date was about three months away. To clarify, our concern was not about the charges against Mrs. McDermott per se, but rather whether Mrs. McDermott would be available to deliver our child. At no point in

time did we ever consider switching to a different midwife after learning of the charges. I want to be clear that I am not downplaying the seriousness of the allegations. It is just that regardless of whether the allegations were true, my view is that it did not negate all of the experience and knowledge of Mrs. McDermott. Mrs. McDermott was our midwife and we were going to stay with her.

My wife went into labor on July 13, 2023. There is a lot of that day I will remember and there is much that I have forgotten. It is hard to describe. It is simultaneously blurry and crystal clear. I will never forget watching Mrs. McDermott assist my wife with her labor. Have you ever watched in awe as a skilled professional plied their trade? Someone who has honed a craft over countless years of hard work and perseverance? That was me watching Mrs. McDermott. This woman was meant to deliver babies. Any doubts or concerns that I had with the home birth and Mrs. McDermott evaporated over those hours of delivery. I could attempt to describe everything that Mrs. McDermott did that day for my wife and my son (E████), but my words would not do it justice. However, I would be remiss if I did not recount two moments from that day. The first moment was when our son was born. He came out with the cord wrapped around his neck, struggling to breathe and blue as a blueberry. I am not a doctor, but I believe the proper medical term for such a condition is "really bad." Now I should have been panicked or at the very least highly anxious watching these events unfound. Instead, I distinctly remember that I was at a complete peace in the moment knowing that my son's life was in the very capable hands of Mrs. McDermott. I watched as she calmly and gracefully unwrapped the cord around my child's neck and breathed two puffs of air into my son's lungs. He finally coughed and began to breathe. She then handed my wife our very much alive and healthy son. The second moment from that day came about an hour later as my wife and I laid on the bed with our son. As we revisited the events of the past several hours, we kept coming back to how amazed we were with Mrs. McDermott. From that moment going forward, we recognized one simple truth. Kelly McDermott is our midwife. She will always be our midwife.

As I write this letter today, my wife is 30 weeks pregnant with our baby girl, A████.Her due date is October 9th which is just a couple of weeks before Mrs.

McDermott's sentencing. Now that Mrs. McDermott has pleaded guilty to the allegations, one might ask whether I am  comfortable with a felon delivering our child. It is admittedly a bit of a surreal question. My view is that a person should not be defined by their mistakes. It is reductive and overly simplistic. If I defined Mrs. McDermott by this conviction, it would ignore who Mrs. McDermott is as a person and all of the good she has done helping families like my own. So, the answer to the question is simple: I trust Mrs. McDermott with my daughter's life.  We are excited to welcome Mrs. McDermott into our home to help deliver our daughter in October. Kelly McDermott is our midwife. She will always be our midwife.


Regards,

Jordan & Leah Fruchter
██████████████



**From:** Bronwyn Fackrell <[REDACTED]@gmail.com>
**Date:** September 19, 2024 at 19:47:35 EDT
**To:** Kelly [REDACTED]
**Subject: Dear Judge Kovnar**

Dear Judge Kovnar,

My name is Bronwyn. I am the mother of five children. I have a master's degree in genetics and my husband is a nuclear engineer working a defense contract. We are practicing members of the Church of Jesus Christ of Latter-day Saints, and our family is our first priority. I learned the hard way that although most maternity care practitioners are kind and competent, too many are callously bound by protocol, even if those protocols can physically or emotionally damage an individual patient. Three births under this system left me scarred and scared of my options for a large family. The third birth especially left its mark with an early preemie who is now thankfully a thriving teenager. But in the wake of this birth, I was told that my choices were limited to none for any future children, should I be insane enough to have them. I was only "allowed" to give birth in one and only one way. In a culture that spends so much energy on so-called reproductive rights, little to no

resources are spared for choices in childbirth.

Enter Kelly McDermott. I met her early in my fourth pregnancy, seeking real and honest discourse about my situation and the probability of various outcomes. She was direct and forthright but also compassionate about how her maternity care colleagues had treated me. She listened to my whole story front to back and sat with me through all the decisions. She did not push me toward any conclusion, simply went over with me what was known and unknown about my situation. No OB had ever done that before. Not one. In the end, I gave birth with Kelly and an OB sitting side by side while I pushed my daughter out with no medication. I felt like I had the best of both worlds and the natural high stayed with me long after.

When it came time for my fifth baby, Kelly and I together agreed on a home birth, considering everything had gone so well with my fourth baby. That pregnancy had its own challenges however, when my father passed away two months before my due date. The grief took its toll on my body, and I am positive that any other maternity care practitioner would have pushed me toward the OR instead of helping me work with my body to give birth to an incredible, healthy baby, who is today a smart and ambitious eight year old.

I don't have words to express the dearth of the kind of care Kelly provides in our current health care setting. Sometimes it seems like the system is set up to serve itself more than doctors and patients. There is no time for hour-long appointments, and labors that might take several days with the same person by your side. This approach is life saving. Removing it from a community that is already strapped for options will directly impact the health of families all across the region. Thank you for considering this in your rulings. A community depends on it.

Bronwyn Fackrell



**From:** Michael Rankin ████████@gmail.com>
**Date:** August 12, 2024 at 18:48:54 EDT
**To:** Kelly McDermott ████████
**Cc:** Jenn Rankin <jenn████████████>
**Subject: letter to judge for Kelly McDermott**

Dear Judge Kovner,
I'm writing to share mine and my family's personal
experiences with Kelly McDermott and our impression
of her as a person, medical professional, and client of
mine.  We have known Kelly McDermott for over 12
years. She has delivered 3 of our 4 children.   Our first
son J███ was born under the supervision of a medical

doctor who employed a team of midwives. He was born in a local hospital here in Upstate NY.  The experience was less than stellar.  We never felt like we had an advocate in our corner or a personal connection with the midwife team. We were just another widget in the assembly line.  In addition, my wife, Jennifer, was given poor advice that she should start pushing in labor much sooner than she was actually naturally supposed to (we found this out from Kelly later on and that impacted all future births which were night and day differences). This was a very painful experience that led to tearing. Then the overall hospital experience with a newborn felt so disruptive to the peace and rest needed after giving birth.  We didn't know better until we met Kelly.

11 months later we were introduced to Kelly by some close friends. As a skeptic I was already defensive and didn't expect to like Kelly. But then we met her. I still remember the night at her office for our first appointment in downtown Albany after normal working hours. It was clear within minutes that this woman was the REAL DEAL.  She was compassionate, kind, caring, empathetic, and clearly had the expertise and knowledge and overall competency we were in need of. She was a servant to mom's and families.  She also cared for dads :-)!!  I have a high level of discernment and knew Kelly was not like the rest of the medical community we have experienced. She wasn't about the transaction or the money. Like a doctor who takes an oath to do no harm, Kelly would do no harm to our family if it was within her power to do so.

She always kept her word, listened, never rushed us, always had time, always returned calls, lived a visible life of sacrifice for her patients.  She even bought a vehicle that would enable her to sleep in the back so she wouldn't miss a birth.  She was risk adversed and prepared us for the worst. She always had our evacuation plan ready.  When birthing day came was when she really shined. She is truly the master of her craft. Her intuition and experience has allowed her to remain calm, never an alarmist. Even when things would go sideways she kept a calm demeanor so as to not hurt the emotional state of mind of the mom and dad.  She had a calming presence about her. She was a mom to more than just her own kids but to hundreds of new mothers. We trusted Kelly with our life and the life of our kids.  We felt no safer place than with her nearby.  My father in law was also incredibly impressed with her on the birthing night. I remember him being in awe of her when he came to

support us the night of the birth. You have to experience it. Just come attend a birth and you'll know the kind of woman she is.

We saw first hand her financial generosity to those around us. I often scolded her to make sure she got paid. I tried to give the business advice to better run her business but it wasn't about the money for Kelly. Kelly not only birthed babies but created a community at Sage Femme. Every year all of the families who had birthed her would come to see her every year and bring their families for a large-scale Sage Femme reunion. Families who had one common denominator... They wanted to be treated with respect and as a person not another number like the medical community tends to treat people. You don't know true care until you receive it. I would joke for years that if we ever had more kids we'd fly across the world just to have her birth our child. We'd plan our pregnancies around her schedule. Find me another midwife with this loyal following.

Is Kelly stubborn and a rebel at times. Yes. Does she fit into the box insurance companies want her in? No! She won't play their game. We need more true doctors nurse practitioners and medical servants to rise up and do what is best for the patient like Kelly and not their bottom line. Kelly is tough. She'll make it through whatever comes next. She is a survivor.

Lastly, I also was able to work with Kelly professionally as I am in the mortgage industry. She was always respectful and professional. She lived to serve not to be served. She operates with a high level of trust in others and that exposes her to others taking advantage of her. I have encouraged her to build better boundaries and safeguards. I don't think any midwife could keep up with her pace of love and service and dedication. I know that whatever happens next Kelly will bring positive change and impact for the greater of women's freedoms and rights and families protections for all classes of people whether poor, rich, white, brown, black, straight or gay etc. She loves all people.

I'm thankful for Kelly and how she has shown so much love to our family! I hope this letter helps in better understanding her character.

Sincerely

Mike and Jenn Rankin

Thank you,


Mike Rankin



**From:** Katelyn Adams ████████████████████>
**Date:** August 31, 2024 at 09:58:09 EDT
**To:** Kelly████████████████
**Subject: Letter to Judge Kovner**

Dear Judge Kovner,

I am writing to share how Kelly McDermott cares for her Community, her families, and her mamas ( patients). She has selflessly given so much of herself to so many. Kelly has provided much-needed food, care, clothes, air conditioner units, birthing equipment, cleaners, doulas, massage therapy, chiropractic, medical assistance, care, advice or counsel, breast milk from donors, and a myriad of supplies to support growing families. I have seen her give of herself, her time, her finances, and her love.

Kelly McDermott has been a support to the community, providing mothers and growing families with resources including; labor support, postpartum care, and Grief support. *This includes the Amish Communities, with whom she is one of the few supports and resources and providing access to their communities to modern, safe, medical care. Due to their closed community the Amish deal*

*with many significant birth defects that Kelly has supported the community through and supported families with much higher instances of loss. If she was to be unavailable I am genuinely concerned as to who they would trust to care for them or who would offer services for free or barter. Not many healthcare providers will catch a baby for a chicken anymore.*

I will share my personal experience with Kelly, I have had the privilege of having 4 out of our 5 children with her to guide us. I will share a story of 4th child, this was by far my most difficult pregnancy as I was diagnosed with Melanoma, a life-threatening form of skin cancer. Kelly and her staff were critical support to us as we navigated when to have surgery as I was 32 weeks pregnant.

Kelly was the one who felt that the mole that I had should be looked at and due to her concern, my Dermatologist took it off ( we had laughed that it looked like a keratosis and something older people get, it did not look like cancer). After sending it to two labs and testing for cancer, first not knowing that I was pregnant and then knowing that I was pregnant, doing a special test that would only confirm that it was cancer, all tests came back positive that this was melanoma.

Through the tedious decisions as to what to do and how to proceed, I met with two hospitals, three surgeons, and two anesthesiologists, but no one wanted to speak to the fact that I was PREGNANT. Finally, one maternal-fetal specialist, addressed and offered a plan on how to proceed considering both me and my child, Kelly came to that apt. I was thinking that I would wait to have the surgery to excise the entire area, as my options were to have the surgery within a week or wait a month so the baby would be further along.  In that Apt. with the Maternal Fetal Dr. he definitively said with melanoma we do not wait and spoke to our child and encouraged us not to wait. He also recommended that we have the placenta tested to make sure that our son did not also have melanoma.  Kelly helped us make that decision and we had peace moving forward with the surgery and I know that my husband was relieved that she was there helping us as I was determined to wait, thinking that was best for our son.

Kelly had even gotten permission from the hospital to have her staff

there for the surgery in case anything with the baby happened. They kept an eye on me and my vitals and monitored our baby. I honestly think that she saved my life and our son's life by giving me the clarity of mind to have that mole tested, to encourage me to go ahead with the earlier surgery ( this was an aggressive cancer that I fought again a few years later stage 3 ), having her involved with the specialist and the hospital made me feel safe and like we had a good plan moving forward and that both patients ( my son and myself) would be well looked after in that surgery.

I had to undergo radiation dye and make sure they tracked the lymph node, took out the area, and was under anesthesia all while being pregnant. Kelly went above and beyond, how to detox from radiation and assured me that our son and myself would make it through the situation, She was there and present for me. She tested the placenta after birth as well and walked us through the waiting to find out if it had cancer. I know she had other mamas she was caring for and yet I felt like I was her only patient, I was cared for as part of her family. I am forever grateful for her care, guidance, wisdom, and support. I am one person who truly may not be here if it were not for her care.

I know that there are mamas that she is caring for who need her to be able to do the work she is called to do; to support mothers in their prenatal care, birthing process, and post-natal care. She is working tirelessly 24/7 she will take calls any time. Mastitis? Call Kelly. Yeast infection? She takes calls on weekends. Baby has thrush or is not latching or you are unable to nurse? Kelly is always a call away. She has a community that relies on her, families that will only go to her and may not receive much-needed medical care including the Amish. Mothers who rely on and need to glean from her ways as a Sage Femme, wise woman.

Kelly McDermott is a valuable asset to the community, I know many women, their babies, and their families who are relying on her for the high-quality care and wisdom that she offers. Please take into account all the families that she is walking alongside, through healthy pregnancy, loss, infertility, genetic issues, abnormalities, cancers, and sicknesses while pregnant. Kelly has been a support for these moms, families, and communities and a safe haven for those who had nowhere else to turn. She has always provided informed consent, evidence based care and is a

desperately needed pillar in the community.

Please allow her to continue to offer the services she does without restrictions, the community needs her, her families need her and the mamas who she serves need her. Please show mercy in this situation as you hold the weight of the hearts, and futures of the families in our community and in the capital district in your hands.

Thank you for taking the time to read through this letter and my story.

Warm Regards,

Katie Adams



**From:** Leah Caras < ████████████████ >
**Date:** August 29, 2024 at 10:50:01 EDT
**To:** Kelly McDermott < ████████████████████ >
**Subject: Letter to Judge Kovner**

Dear Judge Kovner,

I am writing to express my highest respect for Kelly McDermott, a midwife who has provided exceptional care to me and many women in my community. I have had the privilege of knowing Kelly for over ten years, and she has attended six of my births, as well as provided prenatal, postpartum, and well-woman care for me. I have witnessed firsthand her dedication, expertise, professionalism, and compassionate nature.

When I first met Kelly, I was pregnant with my second child, still finishing college, and my husband was an elementary school teacher. From the beginning Kelly made it clear that her top priority was providing a safe and respectful birth experience, regardless of our ability to pay. Kelly has been willing to work with us (and many other families) on a "pay what you can" basis. This commitment to equitable healthcare has ensured that women from all socioeconomic backgrounds have the opportunity to receive quality midwifery care.

As a member of the Orthodox Jewish community, I have been particularly impressed by Kelly's cultural sensitivity and familiarity with our laws, customs, and holidays. Her understanding of our unique needs has made her a treasured resource within my community, and I know she has served the rural Amish community in a similar way. Without her services, there would be no one to fill this void. Her dedication to providing culturally appropriate care is a testament to her commitment to serving all individuals, regardless of their background.

Each appointment with Kelly is a breath of fresh air from the typical rushed, tech-centered healthcare that has become status quo. Each appointment lasts a full hour, and Kelly wants to hear about all aspects of my prenatal journey — such as life stresses, nutrition, preparation for birth and postpartum, and any concerns or questions that have come up. She is

up-to-date on the latest evidence-based practices, and clearly discusses the pros and cons of any procedure or intervention. I have also been so appreciative of her availability to answer any concerns around the clock.

I wholeheartedly endorse Kelly and look forward to continuing to receive her care.

Thank you for your time and consideration.

Sincerely,

Leah Caras

Judge KOVNER

This letter is regarding Kelly McDermott and her Court case. And how we need her and her midwifery service in our Amish community. We, Emanuel & Naomi, got married in December. A month after that we found out I had become pregnant. Well now we needed to find someone willing, a midwive or doctor to help us with a home birth and for help and support throughout the pregnacy. In our area there's only a small amount of midwives to chose from if we do not want to have a hospital birth. My sister and husband had already been one of Kelly's clients and had great recommendatios. As she had been a great help to them. We got her phone number from them and since then she has been there for us throughout the pregnacy for support and for answers to questions or anything that we had trouble with. And now looking forward to the birth in a few weeks, we would absolutely not want to do without her. And we really need her to be here for us. And in the future for our family. So please keep in mind she is needed and appreciated by us and by our community. thank you - Naomi Swarey   Emanuel Swarey

Dear Korner

We appreciated When She Came
for the Home Visits, She explained

about all these Covid tests + shots
that we could understand + everything
else, thanks for all Kelly did for us.

Samuel B Ally

Dear Korner

Greetings in Jesus Name...

Now we are trying our best to show our love & support for Kelly. All the times she helped us out & now we want to do our best in helping her out, with our humble plea. We really appreciated her, for being there in times of need. Midwives being a shortage over a time. A lot of us people enjoy having her, because she has experience. The great encouragement she gives during labor & her GREAT service.

Kelly delivered all 3 of our children beings a young woman. I had a lot to learn, the helpful postpartum visits, the pregnancy visits & all the good advice I really appreciated all the good advice to eat healthy, nutrious foods, It felt like we just learned a whole lot for times we were with her & I really appreciated when she helped me out with that panic attack I had last winter, otherwise I would've ended up at the hospital, what would we do without her? Thanks to Kelly what she has done in the past & the memories, we hope for more.

out of love & appreciation

Many Kind



From
G████████
age 5
████████████ 2019

From
E██████████
age 3
████████ 2021

From
M█████████
age 1
████████████ 22



Dear Judge Kovner,                    9-16-24

I am Rebecca Glick, married for almost 6 yrs. to Jacob & we are parents to 3 precious children: a girl & 2 boys, all of whom Kelly delivered. Not only delivered, but was healthcare provider, supporter, our go-to person with any questions, concerns, or joys throughout the pregnancy. And it doesn't stop at birth! She helped w/ breast-feeding issues, 'baby blues', breast and uterus infections - anything, really! No concern is too big or small to mention. In short - she is a friend. (I always miss her between babies ☺). She is needed in our community! She is knowledgable, educated, confident, & competent. At the

same time, she is caring, compassionate, & comfortable. I cannot imagine having a baby without her coaching & support & afterwards making you feel like you did the best job even if you didn't. ☺ WE NEED KELLY!!

Sincerely,
Jacob & Rebecca Glick

9-17-24

Ben Zimmerman

███████████████████

Judge Kouner,

My name is Ben Zimmerman. My wife Susan is one of Kelly's patients. We are members of a Mennonite community that traditionally chooses midwifery and home birth over hospital birth.

We first got to know Kelly when pregnant with our second child in 2020. We had experienced some complications with our first child and appreciated Kelly's knowledge and experience.

We consider Kelly a friend and a valuable part of our community, and hope she will be able to continue to serve our community.

Ben Zimmerman

Susan Zimmerman

████████████

Sept 17, 2024

Judge Kovner,

My name is Susan and I live in a farming community in rural Herkimer County with my husband and three children. I am writing in regards of Kelly McDermott. I am one of Kelly's happy and satisfied clients. She has compassionately filled her role of midwife to me and has provided wonderful maternity care to me during my pregnancies, going above and beyond to answer my questions, supply me with the medicines, supplements, and supplies I needed, and has been available whenever I needed her. She is available 24/7 and that with her 30+ years of experience gives me peace of mind and confidence to go through labor and birth. We've had two of our three births under Kelly's care of which both were better ~~better~~ and easier experiences than the first had been. We are hoping for another child and also hoping very much that Kelly can be our provider.

There are several benefits of Kelly's care that stand out to me. Kelly personally takes care of all my prenatal visits; I feel this is a very thorough pregnancy care. She has many valuable years of experience thus bringing to me a high level of care. She offers after-birth care at my home, allowing the baby and me to rest more and recover faster. Kelly is also available between pregnancies if I need her.

We feel blessed to have had Kelly in our life and to have her be part of our community. We wish it to continue so.

Susan Zimmerman
Susan Zimmerman

Dear Judge Kovner

I am writing this letter regarding
the case of Kelly McDermott.
My name is Ruthie Fisher and I first
met Kelly in the Spring of 2021. I was
pregnant with our first child and having
heard about Sage Femme Midwifery from
friends and my Mom I decided I want
the skilled care of Kelly. She was all
I had heard about (and more). She was
Gentle and patient and listened to my
concerns and worries I had about
the pregnancy and birth. She provided
everything I needed including
postpartum care and tips for Breastfeeding
We had our 2nd child in May of 2023
and experienced the same excellent care
and service of Kelly. A lot of the
women in our community would not
like to do without her patient and
caring service.

Ruthie Fisher

Ruthie Fisher

Honorable Judge Kovner,

I am writing to you on behalf of Kelly McDermott. Kelly has served as my midwife for the birth of both of my children and I have come to regard her as a friend and mentor. I am aware that Kelly has pleaded guilty to a felony, however it is my firm belief that our community will be much better off if you choose to show mercy in your sentencing decision.

Kelly is without a doubt the one of the most caring and selfless people I know. She works tirelessly to be everything everyone in her circle needs. She has truly dedicated her life and passion to helping the community at large - even beyond her dedicated work as a midwife. If Kelly sees a wrong or a gap in support for her clients, patients or friends she immediately gets to work to see what it is that can be done to fill that gap.

Kelly has mentored countless individuals over the years to pursue their dreams of also helping others as nurses, doulas, midwives, and more.It was her spirit of service and tireless dedication to ensuring that I had the support I needed through my pregnancies, births, and even now as I navigate the adventure of motherhood that inspired me to pursue my own way to contribute to the perinatal support space. I am now able to support parents and caregivers in our community and around the world as a babywearing educator, all thanks to the example, inspiration, and support that Kelly has provided.

I have never felt better informed or more supported to make my own decisions about my health care than when I have been a patient with Kelly. She is the embodiment of informed consent in a medical system that often seems to keep patients in the dark, especially birthing mothers. Kelly is the calm in the storm that is conception, pregnancy, birth, and parenthood supporting not just her moms but the whole family unit. When I am under her care I look forward to each appointment as a time to learn something new and catch up with a friend rather than an uncomfortable necessary experience to simply get over with.

Kelly continues to serve the best interests of her patients when the going gets tough. When insurance companies wrongfully refuse to pay for the work she does, she has often offered her service pro bono to ensure her patients get the level of care they need and deserve. She has partnered with lactation consultants, doulas, childbirth educators and other professionals, often paying for these services out of her own fees, to ensure that her patients have access to the support they need for all stages of their journeys. She has spent decades working with the underserved communities of the Amish, taking the time necessary to build trust and rapport needed to work in this traditionally closed community. It is my firm belief that her work has and will continue to save the lives of babies and mothers for as long as she is able to serve. If Kelly's model of care became the standard in the US we would be looking at an entirely different landscape for the perinatal experience.

The COVID pandemic was an unprecedented time in living memory. We all struggled to make the best decisions we could in the face of worldwide panic and confusion. Conflicting information was everywhere and even now when many would consider the pandemic over, we still don't have all the information that would be necessary to make decisions with true informed consent. So I would just ask that poor choices made during this unprecedented time not be allowed to overshadow decades of selfless contributions to the community or prevent Kelly from continuing to make these contributions to a population that so sorely needs this kind of support.

Respectfully,
Rachael Southworth
Patient of Kelly McDermott

Nina Cutro-Kelly OLY, MBA

gmail.com

August 11, 2024

To The Honorable Judge Kovner:

My name is Nina Cutro-Kelly, I am writing to you today on behalf of Kelly McDermott.

In my life as a U.S. Judo Olympian, a coach to elite grappling athletes, and project manager at Move United, a non-profit specializing in providing adaptive sport opportunities to athletes with differing abilities, I have often encountered individuals who provide help but only to better themselves in the eyes of the public.

My mother, Kelly McDermott, is a philanthropist who seeks only to help those who are less fortunate, and does not seek credit or recognition for her actions.

For as long as I can remember, my mother has made it her business to help those in need. Her company, Sage-Femme midwifery, has always offered a barter system for midwifery services, was willing to take a substantial out of pocket loss by accepting Medicaid for births, and, unlike the vast majority of the American healthcare system, has never made payment an obstacle to receiving good health care.

A good friend of mine from high school, a single mother of 2, had given birth to one of her older daughters in the hospital my mother worked at before opening Sage-Femme Midwifery. For her son, she only wanted my mother to attend her, even if it meant birthing at home. She did not have insurance at the time, and my mother attended her birth, performed her prenatal and postnatal care, and connected her with the Sage-Femme Midwifery breast milk bank, all free of charge.

My sister passed away in 2016 and my mother became close to her group of friends in the aftermath. One such friend found herself experiencing an unexpected pregnancy and did not have a place to live. This friend lived in a bedroom in our house with her baby for nearly 3 years, without paying a cent.

For my entire life, my mother has stressed the importance of making informed decisions. In 2020, I was making a run for the Olympic team in the midst of the pandemic. My mother helped me to explore the option of getting vaccinated early, pointing out that my sleep apnea and BMI over 25 would qualify me for early vaccination, and provided me with information to help boost my immune system so that I could bounce back from the Covid vaccination quickly, in order to stay on the mat.

Your Honor, my mother is the breadwinner for my step-father, 35 year old autistic brother, and 27 year old autistic brother. My 27 year old brother lives at home and both need daily supervision and guidance in order to function. I thus ask you humbly, to consider my family's plight when sentencing my mother as her presence is essential to ensuring the health and safety of my brothers.

Sincerely,

Nina Cutro-Kelly OLY, MBA
2021 U.S. Olympian
2022 Deaflympic Judo Champion



**EMPIRE STATE**
UNIVERSITY

Elizabeth Bradley, Ph.D., LPNCSP
Licensed Psychologist
Nationally Certified School Psychologist
Professor, School for Graduate Studies
SUNY Empire State University
███████████ ████

July 29, 2024

Dear Judge Kovner,

I have known Kelly McDermott for fourteen years; she was the midwife for the births of my three children. She did an excellent job providing care for myself and my infants, always working from a research, science, and evidence-based perspective.

I have also worked with Kelly in a professional capacity focused on perinatal mental health. I am a psychologist with a small private practice focused on counseling pregnant and postpartum women around perinatal mood issues and Kelly provided a space free of charge for me to see patients face-to-face for three years before COVID-19 began. In addition, she paid out of pocket for me to counsel several of her patients who were low income and whose sessions would not be covered by health insurance. She did this for more than a dozen sessions from 2019-2020. She saved her patients and myself thousands of dollars in paying for their counseling sessions and providing me with office space free of charge.

In all my interactions with Kelly, she has been extremely professional, kind and generous. Since I've known her, she has provided ample pro bono work for low-income patients. When she has had patients in need of supplies, such as prenatal vitamins, or additional services, such as physical therapy or chiropractic care, she has paid out of pocket or fund raised to help out these women. She has always tried to benefit the community as much as possible and is an example of the upmost generosity.

Please feel free to contact me if you would like any additional information at ████████@gmail.com or by phone at ████████.

Sincerely,

*[signature]*

Elizabeth Bradley, Ph.D., LP, NCSP





Hi to
from [REDACTED] Judge
Kovner

Jesus loves
you..

Hi
from
J[REDACTED]

Dear Judge Kovner,

Hi! My name is Wilma Jane Zimmerman. I'm 24 years old. My husband is Leon & we have a son, W█████ who had his first birthday today.

Many are the joys that W█████ brought us this first year. Today we reminsced his birth which happened under Kelly's experienced hands.

We were pleased with the care she gave us & keeps giving us! She truly cares about each of her patients as individuals & is a vital part of the community! We feel she is fulfilling her God-given role as midwife. She has delivered thousands of babies already & we hope & pray she can continue her wonderful service. The world needs more people like her!

Thank-you & God bless you, Judge Kovner.

Sincerely,
Wilma Jane



"Be still,
and know that
I am God."
Psalm 46:10

Leon & Wilma Jane Zimmerman

ph. #

BE STILL
and know that i am God

Dear Judge Kovner,

Greetings of Love in our dear Saviours Name. Just a few lines about Kelly. I don't know here that personal. But I don't know what the my girls would have done without here. + her Knowledge. She has helped my dau. Sara Ruth 4 x's already And she has a bleeding problem. So she was very helpful with that. And also has a problem with low estrogen + lost 2. She's also helping my other dau. Naomi that's due this month. I'm so glad for her Knowledge as I would know what to do. As I didn't have that much exprinence. As we just had 4 girls + 2 miss. 21 years ago. That's how old my youngest is.

May God help You make the right discisions.
Love + Prayers.
Sadie Petersheim

Dear Judge Kovner

Hi my name is Lena and I am writing this letter to you because I am concerned for Kelly McDermott. I have known her for 7 years now and she delivered all of our grandchildren, number 7 is just a couple days old and number 8 is due in November. All of them were delivered by Kelly and were wonderful experiences with lots of great care and advice even after the babies were born. Our community really, really needs her, please I'm asking you, do not disappoint us and let us sit without her to care for our babies and Mama's.

Sincerly

Elmer & Lena Stoltzfoos

Dear Judge Kovner,                                    Sept. 3, 2024

My name is Rosanne Nolt and I have been Kelly McDermots patient for 5 years.
When we moved to New York from Pennsylvania we didn't know anyone. Kelly was a life saver for our community.
She was willing to sacrifice time and sleep and patiently spent her birthday supporting us when our daughter was born.
She always took the time to listen when we had concerns about our health and well being.
We need Kellys services now and in the future and continue to appreciate her patience and love.

With Love
Rosanne S Nolt

███████████████████████

Dear Judge Kouner;

I'm writing this to let you know how much we've come to appreciate Kelly McDermott. She's has helped a lot out in our community, being there for the plain people, and giving us all much good advice.

She's delivered my 1st daughter, now almost 2, and she will also be by my side for our second child, in 2 months; Lord willing.

She's givin advice on earache, colds and any other child, baby or adult care, never being pushing or demanding, letting us decide in the end what we wish.

Kelly has been my moral support a lot in the 2 years I knew her. My husband thinks highly of her too.

Sincerely,
Dustin & Rachell Leid

August 22, 2024

[REDACTED]

Dear Judge Kovner,

This letter is on behalf of Midwife Kelly McDermott. She is an excellent midwife + we need her professional service in our community! I very much appreciated her experience while pregnant and with the delivery of our firstborn daughter. The delivery went a bit unexpectedly fast for me and ended with Kelly rushing the 1½ hrs. from her home in the wee hours of the morning! We were so thankful for her help and for a healthy baby; who is now a lively one-year old.

Kelly is a very important person in our community and we need her for years to come! Imprisonment would just be wasting her many talents.

Sincerely,

Dorothy B Horst
Dorothy Horst

Judge Korner

This is Kathryn Bylue I had Kelly
for my midwife with my son.
I really liked her I would have
her again. I felt comfortable with
her because she has a lot experience.
She is A caring person. She would
do anything for me. I really liked
how she helped the first weeks after
baby is born.

Kathryn Bylue

dear Judge Kovner,

I am Writing in Regards of Kelly McDermott and how She is a Well Loved and needed midwife in our community. Not Just a but midwife but also a Friend to us over the Years.

My Husband and I moved to New York in 2019. And that Same Year We contacted Kelly because I was pregnant with our daughter. Kelly had Just Recently opened her clinic in Sharon Springs. We were So grateful to have her so close. IN April 2020 We welcomed our Little girl into the world. She was the First baby to be born in that clinic. In 2022 of November I miscarried our Little boy at 18wks. As Sad as it was for us Kelly helped us through it. She gave us a Stone With his name and date on it. That stone means a Lot to us. One of the only things with a Remembrance of him. She had given me care up till that 18wks and after. We had asked her how much do we owe You. She Replied,

"You don't have to Pay anything. You only pay me for happy things." Kelly does have a big heart. ♡ IN July of 2023 I miscarried again at 10wks.. Kelly helped me with getting tested for Low Progesterone. And Discovered that Why I had miscarried.

This Year in June We welcomed our Little boy into the world. It was our First homebirth experience. Thanks to Kelly for making that happen.

We were overwhelmed with gratefulness.

Good midwives are very limited in our area. Especially ones with as much experience and knowledge as Kelly has. She has been a midwife for 30 something years. I know with my history of miscarrying and Kelly knowing my ~~stor~~ experiences I wouldn't want anyone else if we do have more children.

We have a lot of young families in our community that are just starting to have children. So the need for good midwives ~~are~~ is only going to get stronger. Kelly is a good midwife and a good person.

Sincerely,
Melvin and Sara Ruth Kauffman

Judge Kovner,                          9·11·24
      My husband, Michael, and I Lydianne
have known Kelly McDermott for a
number of years. We appreciated her
assistance and care with the birth
of our firstborn, now 2 years old.
    Two days ago we again experienced
a miraculous birth of our little girl,
with the assistance of our very
capable and caring Midwife - Kelly.
    We really hope if in the future we
ever have another child Kelly can be
present. We really rely on her wisdom
and experience with prenatal care.
    Kelly is the go-to person for myself
and my sisters for any concerns or
questions on pregnancy and child
health. She's appreciated and needed
in our community.
    We know Kelly as a very caring,
honest, and compassionate midwife
with genuine care and concern for
her clients...
        Michael & Lydianne Stoltzfoos

Dearest Judge Kovner,                    9-5-24

I am writing to you in regard of Kelly
McDermott. Let me introduce myself and my family.
My name is Barb and my husband is Jake.
We have 2 precious children a daughter and
Son. C█████ G████ is 4 and J█████ is
17 months.

When I was first pregnant w/ C█████,
I heard about Kelly and the care she
provided and it all sounded like she knew
what she was doing so I gave it a shot
and left her a message. She called back
shortly and said she would be happy to
assist me. Long story short, the care she
provided during my pregnancy labor and
postpartem was phenomenal. She would have
gone to the ends of the earth to do all she
could for me. My mom, who had her
babies back in the 1990's was amazed.
She said to me "It would actually be fun
having a baby these days, with a midwife
like Kelly." But ... the really sad part is,
finding a midwife who does what Kelly does
is like finding a needle in the haystack.
that's how few there are around. other side please

I have a number of friends in other areas who long to have someone like Kelly in their pregnancy and labor to provide the extreme compassionate care that she does. I can always call her with a problem concerning pregnancy or babies and she'll do all she can to assist me in every way possible.

She gives us the option of having a home-birth and to me that is priceless as there's no place I'd rather have my babies than in the comfort of my own home. And after delivering the baby at home, she won't leave till she's certain the baby is nursing properly, that's there's someone here to help mom.... the list could go on and on. She does check-ups till the baby is 6 wks or longer if needed to make sure baby is gaining weight, etc. That's priceless, esp. for a first time mom. In closing, I wish you the blessings of God....

Yours truly,

Jake & Barb Swarey          Barb Swarey

Dear Judge Kovner,                                    Sept. 2, 2024

Hello, my name is Karen Snyder and
my husbands name is Clayton Snyder.
5 years ago we moved to the area and thats
when I was introduced to Kelly, and how
many times, I was So glad for the excellent
Care She provides for myself and our
children. She's available 24 hrs a day,
Just a phone call away! her experience in
well-woman care and advice in caring for
my newborn babies has helped me So much.
and overall, her experience is worth a lot!
we don't have this experienced care available
if She's not here for the ladies in the
community, I just want to let you know,
we need people like Kelly among our midst!
Thank you! my contact info:
                    Karen B. Snyder
██████████████████████████
phone number ██████████████

Dear Judge Korner,                    Aug. 27. 24

Greetings to you!

Just a few lines to let you know how Kelly has been there for me during my pregnancy — I am very grateful for the way Kelly takes the time to listen to my concerns. She came to my house two times in the first five months when I was questioning things, the first time I thought I was starting with UTI, + she checked me for it but then it just turned out to be itchy from the hot weather. The second time I felt like my heart was beating different then what I thought was normal, She heard

*Commit thy way unto the Lord;*
TRUST ALSO IN HIM;
*and he shall bring it to pass.*
Psalm 37:5

my heartbeat and turned out it was skipping a beat or two, which can be normal during pregnancy. It just felt so good to know that everything was Okay. Thank-you kelly for all you do for the Amish community!

sincerely, Linda Stoltzfus

My Contact information.

Mervin and Linda Stoltzfus

Judge Kouner:

My name is Marian Fisher. My husband and I have one daughter, with baby number two on the way. Kelly McDermott has been my midwife with both pregnancies, and I cannot overemphasize how great she is at what she does. I am part of an Old Order Amish Community, and most of our Amish ladies do not feel comfortable with hospital births. However, there is a great shortage of qualified midwives who do home births in our area, and more than one baby has been born in a car as the parents tried to reach a birth center two or three hours away. Therefore, Kelly's willingness to come to us to deliver our babies in our own homes is greatly appreciated, and she is in very high demand in our community. She is especially good with honoring our Amish traditions and values, even when those at times inconvenience her. She is very knowledgable about all things women and babies. And, unlike most midwives, she does not stop providing care as soon as your baby is several weeks old but will help with any concerns you might have in the next years. As a first time mom feeling unsure of myself, I called her more than once after my daughter was born and she always took time to listen and offer helpful advice. I believe she has saved more than one concerned parent a trip to the emergency room, and I know many in our community would feel lost if we could no longer depend on her being there to help us through.

Thank you for taking time to read this. May God bless you.

– David & Marian Fisher and daughter C███████

████████████████

telephone # ████████████

**To Whom It May Concern:** 10/7/2024

I am writing this letter on behalf of Kelly McDermott who has been a highly valued and respected midwife, especially within the Amish communities, for several years. I have the privilege of working in the Amish and Mennonite Communities in Lancaster Pennsylvania as a nurse. Kelly has established trust and provided care to the medically underserved communities in the Amish and Mennonite in New York which mirrors some of what we face in healthcare in Lancaster, PA. While I am aware of the recent legal matters involving Kelly McDermott, I want to emphasize that her character, work ethic, and dedication to her profession remain unquestionable and ask for leniency. If she would no longer be able to serve the healthcare needs of this underserved community for any amount of time it leaves a void that would negatively affect the healthcare needs of many families.

In the Amish community, where trust and relationships are paramount, Kelly McDermott has built a reputation as a compassionate caregiver. Many parent and healthcare workers, including myself, can attest to the positive impact she has had during some of the most vulnerable and intimate moments of life. I firmly believe that Kelly McDermott is a person of integrity who strives to do what is right for her patients and her community. Her role in providing culturally sensitive care has been instrumental in bridging the gap between modern healthcare practices and the unique needs of the Amish population. I have full confidence that, given the opportunity, she will continue to be an asset to our healthcare community.

Sincerely,

Keturah Beiler RN BSN CHPPN

September 21, 2024

The Honorable Rachel P. Kovner

United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

My name is Chloe Quigley and I have been a patient of Kelly McDermott's for the past two years. I sought out her midwifery care when my husband and I found out we were expecting our second child. Having gone through pregnancy, birth, and now postpartum under Kelly's care, she has become more than just my midwife and I have become more than just a patient to her. Once you work with Kelly, you become family.

Living in Central New York, finding supportive and reliable obstetrical and gynecological care is extremely difficult. Doctors are scarce and midwives even scarcer. When my husband and I decided on a homebirth for our second, we called every midwife we could find within a two-hour radius of our home. Every single one of them was booked and turned us away. Despite having an already full schedule the month of my due date, Kelly was the only one that said she could help us.

Unlike other healthcare professionals I have dealt with in the past, Kelly takes the time to get to know each of her patients. Throughout my pregnancy, she answered every question I had, calmed my fears, and respected every decision I made regarding my health and that of my baby girl. She would allot an hour for each appointment, to make sure that everything was taken care of, and ensure that I was comfortable with her; the one who would be delivering my baby. After delivering my first in a hospital room full of countless strangers; doctors, interns, nurses, and midwives, knowing that I could trust Kelly with my life during the most intimate event of birth was life changing.

Since before the birth of our daughter, we have been welcomed with open arms into the Sage-Femme family. Kelly cares for mothers and babies from all walks of life, all the way from the State Capital to the most remote Amish farm. She has created an incredible network of moms, families and birth workers throughout Central New York. Through the Sage-Femme Facebook group, events, birthing classes, diaper drives and baby supply collections, she supports all moms, whatever their needs may be. Even when insurance companies stopped providing many of her patients with coverage, she has still offered her services, regardless of their ability to pay.

The world needs more people with hearts and a passion for serving others like Kelly McDermott. More specifically, Central New York and the Sage-Femme family needs Kelly McDermott. My family has been truly blessed to have her in our lives these past few years and we look forward to a lifetime relationship.

Thank you very much for your time. My family and I are praying for a favorable outcome to the case for this remarkable woman.

Sincerely,

Chloe Quigley

September 23, 2024

Judge Kovner,

We are writing in support of leniency for Kelly McDermott.  We are aware of the charges she faces, her plea, and from media coverage have some awareness of what occurred.

We ask that nothing below be misconstrued as support for the acts in question.  We wish strongly for our words to be support for the individual, as she is truly exceptional.  We believe her mistakes in this matter represent the best parts of her taken too far.

The reasons for misdeeds matter.  While we strive to be honest people, if faced with no other options, we would steal to feed our children.  We are non-violent people, but would do what is necessary to defend ourselves and loved ones.  It is our view that some of Kelly McDermott's best qualities, taken a touch too far, led to the acts in questions.  We hope that sharing our experiences and our appreciation for her positive attributes allows the court to see her in a different light and factor that into appropriate, but lenient sentencing.

We are both practicing chiropractors and as such have a window into the ethics that make clinical practitioners exceptional.  Kelly has great wisdom, selflessness, and a deep caring for humanity.  These traits are embodied well in her respect for patient autonomy – allowing the patient to choose their own path based on the available evidence, and informed choice.

Early in the pregnancy of our first child, Alison met with a different midwifery group who was part of a traditional hospital setting.  The 15-minute meeting had a tone that we should know what was going on, what to expect, and follow the typical path towards hospital delivery.  It felt insufficient, inadequate, and bordered on dismissive.  Despite being healthcare providers, this was our first pregnancy and we had more questions and confusion than we had answers.  We then went to meet with Kelly McDermott, CNM and had a remarkably different experience.  Our first meeting was an hour long.  We discussed all aspects of the journey of pregnancy and she addressed any issues we brought up.  Our options from planned hospital delivery to homebirth and a variety of options for the birth day were presented.  At the end of the hour she spent with us, she then encouraged us to go interview other midwives and/or ObGyn providers.  She expressed that if after doing this, we felt she was the right fit, she would be happy to work with us.  From our first meeting it was clear that she wanted us to have access to information, time to think about our choice, and encouraged us to make a decision that was right for us.

This pattern continued through every decision we made.  We were given an explanation of the options, time to ask questions and discuss relevant research, and then space to make our own decision.  She took these qualities to an admirable extreme, as a skeptical husband's questions were always met with kindness, professionalism, high quality information and resources, and the patience and space to process them and decide for ourselves.

The clear and dependable thread throughout our interactions was one of informed choice and patient autonomy. We were given access to her professional opinion, available medical research and literature, and time to review it. We were then given the space to make our own choices, and felt that our autonomy was respected and supported no matter what decision we made.

We planned for a homebirth. Something that pre-covid was more rare, unfamiliar to some people, and had friends and family a bit uneasy. Kelly always supported our choice and agreed to talk with anyone close to us that had questions or concerns. Her support and understanding was invaluable. What transpired during our final weeks of pregnancy sets her apart and leads us to eternal gratitude.

Our first child's due date was approaching. The clinical signs showed that we weren't as close as the calendar suggested we should be. Alison's desire was for a natural delivery, at home. If we were working with midwives in the hospital setting, we would have been ushered towards induction and potential cesarean section. Instead, Kelly met us with a conversation. One that showed that induction was a possibility and one that gave us some other options, knowing that induction could remain an option for us. We were guided to the markers that would allow Alison to continue safely carrying unborn child and as long as these markers remained above a certain range. This afforded us the space and opportunity to wait for natural birth. Alison underwent routine ultrasounds for inspection of amniotic fluid quantity and then we safely waited another couple days. During this time, Kelly was in constant communication and the reevaluations became more frequent. Eventually waiting longer was not sensible, and we were guided to the hospital setting for induction. While the first part of our birth plan had to change, a home birth would no longer be possible, Kelly continued to work diligently on the next part ensuring natural delivery if possible. She continued to guide, create alternatives, and even after induction was finding and evaluating new clinical research in a determined quest to find safe, effective alternatives to help us reach our goal. Her efforts to respect our wishes and deliver the closest birth possible to Alison's vision went above and beyond. We can confidently say that the arrival of our first child would not have occurred as well as it did, without her advice, advocacy, and assistance. Kelly's service to us and our unborn child was dutiful, admirable, and unwavering and for this we are eternally grateful.

We find a small sense of irony that the covid pandemic is the topic of our letter of support. One common encounter during this covid was the number of people who wished to talk to us about our homebirth. When we planned for a homebirth in 2012 and ended up in a hospital birthing center, and in 2016 when we had a homebirth of our second child, we faced skepticism and reluctance about the safety and reasonableness of our decision. During the covid-19 pandemic, as people tried to avoid the hospital setting due to risk of infection, they came to us for conversations looking for support. The degree of shift from skepticism to acceptance of homebirth was remarkable to us. It had us remembering that at times for us, we were surrounded by skeptics, and Kelly served as our primary support for our healthcare choice of homebirth.

The homebirth community is accustomed to skepticism. By nature, they view things differently and this allows them to give patients options and choices. This community's emphasis on the rights, needs, and desires of an individual forces it to question the establishment which is more focused on what works best for the whole. Even a medical treatment with a 95% success rate, fails 1 out of 20 people. The medical community struggles at times to see and appreciate the needs of the outliers and inadequately values the beliefs, attitudes, and viewpoints of individual patient. The homebirth community thrived at serving these individuals and met each patient where they were. The committed determination to allow patient choice, fostering informed decisions, and doing so with a fervor of support is unparalleled in modern healthcare.

Regretfully, these admirable and remarkable qualities can be taken too far. We hope the court can see that it is simply these same inspiring traits that have led to countless births, by mothers who felt heard and respected, and families whose beliefs were valued, may have also led to regrettable decisions during an unprecedented crisis.

As we tackled unprecedented times, with limited information, the covid-19 pandemic stripped patients of rights and choices, and in some cases lives. Businesses were closed, essential businesses operated under restrictive standards, and we all sought to deal with this drastic shift the best we could. While we understand the need for public health measures from social distancing, to mask wearing, and vaccination, we hope you can see how the stricter mandates flew in the face of patient autonomy and informed choice. Again, this is not so say that we agree with some choices that were made, but to acknowledge that the best principles of Kelly and bedrock of her service to others was compromised. How any of us may respond when our core beliefs are challenged is difficult to predict. When patient autonomy and informed choice are not the option, what does one do? It may seem easy to others to follow along for the best of the community, but such a surface view fails to appreciate the deeply held beliefs of autonomy and informed choice that had led to so many great healthcare outcomes and newborn lives.

Jason Brown

Alison Brown



> Dear Judge Kovner,
>
> My name is TJ Pellitteri. I am writing to respectfully ask for leniency in the case involving Kelly McDermott, CNM (case # [insert]).
>
> I have known Kelly for 18 years. Our relationship began when my wife and I were expecting our first child and were referred to her by St. Peter's Hospital in Albany, NY. Three years later, Kelly assisted in the delivery of our second daughter in the comfort of our home. We have since come to consider Kelly and her husband, Gary, dear friends.
>
> Kelly is beyond passionate about providing the best care possible for women and babies. Sage Femme's (Kelly's practice) birth statistics are far superior to outcomes experienced at hospitals using a medical model for childbirth. I say this not for dramatic effect, but because it's the sad, honest truth. Many of the favorable outcomes experienced at Sage Femme would have likely resulted in a more fateful scenario in a hospital.
>
> From what I can tell, annual visits with Kelly are about 5 times longer than what you can expect in a hospital setting. On certain occasions, I have accompanied my wife on appointments and when I do, I am amazed by how different an appointment with Kelly is from any other medical appointment I have experienced. Kelly provides a welcoming and comfortable space for her clients, she is sure to check in on all aspects of their wellness, and she ensures that, most importantly, women feel safe when they are receiving care from her.
>
> Additionally, Kelly is committed to her community of women and families as well as the idea of making her services accessible to all. She opens her space at Sage Femme for free educational events, she holds collections and donations of maternal/child-related items, and she provides care to all regardless of the ability to pay.
>
> Thank you for considering this plea for leniency. Kelly has much more good work to do and what a shame to think of that opportunity being wasted.
>
> Sincerely,
> TJ Pellitteri
▮▮▮▮▮▮▮▮YAHOO.COM
>

Sent from my iPhone

Christian P. Morris

███████████████

September 4, 2024

Hon. Rachel P. Kovner, Justice
United States District Court for
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kelly McDermott
      Letter of Character for Consideration re Sentencing

Dear Judge Kovner:

  Coming to a decision of sentence is never an easy task. The Court is ever balancing the respective parties before it along with the people over which it presides, knowing that with every decision the Court makes all are affected. I am sure you are well acquainted with knowing that some will be satisfied with your decision and that some will never be. You hold what I have come to know is an unenviable position that requires no less than to rightly and righteously judge matters of the people over which the Court presides. May this letter assist you in searching out that for which you are properly titled, justice.

  My name is Christian Morris, and I am from upstate New York, just east of Saratoga in Washington County. I am a husband and father of 10 children, with my oldest turning 17 and my youngest turning 2 this month. I have been practicing law for nearly 20 years this upcoming January. Over the course of the past 20 years I have managed my own private practice as a local attorney with representations ranging from simple small town clients to complex litigation. For a number of years, I was the Chief Assistant Public Defender handling the Felony Superior Court Docket in Washinton County, New York. Since 2014 I have been the Chief Assistant District Attorney of Washinton County. I only mention this to say that I have some experience and understanding regarding the nature of what the Court considers when it comes to meeting out a sentence. Again, if I have learned anything over the last 20 years, the bench is an unenviable position, a heavy burden to bear to rightly and righteously judge the matters over which it presides.

  I have no doubt that you will have received and reviewed many letters of support for Defendant Kelly McDermott. I am sure that collectively the letters of support will paint an accurate picture of Ms. McDermott – she really is who those letters say she is. My confidence in that comes from knowing her myself for 16 years. As the Midwife for my wife, Kelly has delivered 8 of my children, 7 of which were birthed at home. This means that I have trusted my wife's life in her hands 8 times, as well as the lives of 8 children – and I can tell you I have been witness to what can only be described as birthing miracles attributed to Kelly that doesn't come from textbooks or experience, but from her valuing human life beyond measure. It is also the basis of our relationship. This foundational value is something that anyone meeting Kelly comes to realize right away.

Over the years my wife and I have had the opportunity to be educated by, counseled by, provided therapy by, and treated by Kelly. Those circumstances are filled with intimacies and vulnerabilities too personal to share in a letter like this. Suffice it to say, Kelly has earned our trust, confidence, respect, reverence, and love. Conversely, I have had the opportunity over the years to provide Kelly with counsel as certain personal issues arose in her life. Though I never represented her in any official capacity, the intimacy of friendship provided for the kind of exchange that only love and trust can account for when it came to such personal matters.

So, when it came to learning that she was indicted for a crime in your Court, we were heartbroken. We had questions: Was she really capable of this? How does this affect our relationship? What does she have to say for herself? Because of the relationship we have with her we were able to ask those hard questions. Because she really is the person described in all the letters you have received, she came to my home and sat in my living room with my wife and I and let us ask the hard questions. She never hid within excuses and justifications; she was open and honest. Every hard question was asked and answered. This takes a strength of character that few have.

One's reputation is all one has as a professional – lose that and you lose your profession. No doubt that Kelly has suffered this loss within the midwifery community, a lifetimes' work affected openly and publicly; few ever recover from such a circumstance, even fewer try. I know that Kelly's passion for human life drives her to want to continue to fulfill her calling as a midwife despite that loss of reputation she inflicted upon herself. To this end, please consider that Kelly philanthropically extends herself to Amish communities in Upstate New York. These relationships and services have resulted not only in better birthing and newborn care where few services are offered in this field, but increased trusts in the medical community at large by the Amish. Please keep this in mind when considering the sentencing principles of public safety and deterrence.

I believe that one question to answer before sentencing a person is what portion of the defendant's character does the crime compose? In other words, is the defendant genuinely a good person but for the crime or is the defendant the kind of person from which such a crime is expected. Kelly McDermott is a genuinely good person – her love of the sanctity of life is the wellspring from which her moral compass is directed. She must confront the aberration in behavior and devote herself to the amends she must make – but she has the character and fortitude to do just this. To this end, please keep the principles of proportionality and rehabilitation in mind.

Thank you for taking the time to consider every fact and facet of this case and of the Defendant, Kelly McDermott. I hope that you are able to come to confidence about the kind of person Kelly McDermott is so that you can meet out a sentence that is fair and just and one that reflects that you rightly and righteously judged this matter.

Respectfully submitted,

Christian P, Morris

Hello your honor. I would like to first thank you for taking the time to read over this letter and thank you for taking my words into consideration when making your final decision. My name is Mary Alleyne and Kelly is currently my midwife. I first met Kelly, November 16, 2023. Out of the 8 Midwifery care practices, Kelly was the only one to speak to me. There was no immediate questions of my health insurance or mentions of payments. It was such a pleasant conversation and for once, I was being heard.

During the last two months of my pregnancy, my family and I were hit with a series of unfortunate events. This led to financial strife. There was no way I was going to be able to pay for the rest of my pregnancy care through Sage Femme Midwifery. Without question & without judgment, Kelly assured

me that I had nothing to worry about! Not only did she waive the rest of my payments, she even went out of her own pocket to pay for my contined care: prenatal vitamins to postpartum supplies & support. She saved my family financially and for me personally, she saved me mentally & spiritually. She wasn't just a midwife, she was a mother, a friend and a healer.

Kelly has an amazing way of bringing people together, good, God loving people. Out of the previous prenatal doctors, midwives, and others in the field I have met during my pregnancies; Kelly was the first person to teach me the importance of having a doula. She even connected me with one, who was not only active and present but who also shared the same skin and culture as me. Kelly brought Lataya Lewis Thomas into my life. Not only did she catch my baby, but postpartum when going through the financial

strife, her and her church provided my family and I with weekly groceries. I mention this because when Kelly comes into your life, she doesn't come alone. Her team, her friends and family, all share the same love & care.

Sage Femme Midwifery has provided me with a broad spectrum of quality care, women's advocacy, support, and respectful maternity care. Kelly creates bridges that link communities and families statewide.

Your honor, I ask for your mercy and leniency when making your judgment. Kelly McDermott's presence is vital. As you read this, there are mothers out there, families right now, who need Kelly. Please give her grace and allow her to continue to be apart of this society where we can all learn & grow from this. Again, thank you for your time and please do reach out to me with any questions or concerns.

Mary Alleyne

Cellphone: ██████████████
Email: ████████████████████
████████████████████████

Kimberly Ann Kelley



@aim.com

June 1, 2023

Re: Character Reference: Kelly McDermott

I, Kimberly Ann Kelley, write this letter of character reference for Kelly McDermott who I have known since befriending her (late) daughter Celeste Edelman-Kelly in 2010.

During this length of time, I've grown to understand Kelly as a generous and gracious woman whose life mission, one would assume, is to support those who surround her. Kelly has extended her love to many, but for me, her care and generosity went further than one could quantify.

In 2020, I was homeless, pregnant, single, and living in fear of the Covid-19 pandemic. Kelly became aware of my circumstances when I made a post on social media. Within hours of making that post, she invited me into her home to tour the studio apartment in her basement located at ▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮ She made it clear to me that if I chose to stay in the apartment, that it would be at no cost, and for however long my daughter and I would need it. My autonomy and safety were at the forefront of her mind and continued to be for many encounters to come. I moved into this apartment in July of 2020 and lived there until January of 2023.

In addition to a place to live, Kelly provided me with a quality of life that I wouldn't have been able to achieve by myself at the time.

As a midwife, she provided me with comprehensive prenatal care, even making plenty of "house calls" as she lived above me with her family. She respected my understanding of Covid 19, wearing a mask during our encounters, and keeping distance at appointments. She respected and supported my decision to get vaccinated, because I knew that was right for me.

As a friend, she helped me navigate pregnancy, single-motherhood, life, love, and loss. She came down to my apartment to listen to me, to sit with me through sickness, and to teach me how to care for my baby.

As a mentor, she supported my efforts in finding a suitable career- writing me letters of recommendation, sponsoring me for a Postpartum Doula Class and the associated fees totaling nearly $1,000. She also hired me for cleaning when I started up my own home-improvement/cleaning business. She encouraged, advised, and supported me every step of the way.

To speak to Kelly's extension of generosity, she donated my mother and father a washer and dryer set and referred my father to several interior painting jobs. She bought my daughter a swing set for the yard, clothing, toys, and gave us gift cards to use as needs came up.

Kelly is a community-minded individual and possesses an impressive capacity to hold space for those who cross her path. She has never let those struggling fall by the wayside. I have witnessed her single-handedly organize, fund, and host memorial services for my friends, and make generous donations to homeless outreach services. She has supported hundreds of families through the biggest moments of their lives- from birth to death, allowing them to feel deep respect and empowerment throughout their experiences. Her contributions and commitment to society have given individuals from all walks of life the ability to live more enriched lives.

Kelly's heart belongs in this world, free and impactful. It is needed.

Please consider this letter when determining the outcome of Kelly McDermott's case.

Sincerely,

Kimberly Ann Kelley

To Whome it May Concern,
   I Started Working With
Kelly in 2009 When I was 19
and pregnant With My first Child.
I was about 20 Weeks pregnant
and not currenty having prenatal
Care. Kelly brought Me right in
and Made Me feel comforted and
Safe and We got a plan going.
I was unable to Work With her
due to distance for My next 2
Pregnacies but When I became
a single Mom While pregnant
With My 4th and feeling nervouse
and having no Money I turned
to Kelly once again. During this
time She donated time driving to
My house to give Me Proper prenatal
Care as When as Supplying Me
With Vitamins and donated a birth
Kit as Well. When Pregnat With
My 5th Kelly gave Me the same
Wonderful treatment, driving to

My house, always bringing me
supplements such as fish oil with
Vitamin D, prenatal vitamins, CBD
oil. Any time I requested paying
her for these items she said no.
Kelly has been aware of our finacial
difficulties and has always been
~~been~~ a huge support in being sure
I get the proper prenatal care
regardless. I had a beautiful
homebirth with #5 in 2018. Kelly
waived the fees of the homebirth
and even with that did 110+.
with helping me bring the baby
earthside. In 2019 I had
a ~~miscavane~~ miscarriage. The baby
grew to about 12 weeks, I
wante to pass the baby at home
peacefully and alone and refused
help/or care. When things turned
Kelly and her team come to
me and where thing could have
gone wrong I was well cared
for. Kelly brought supplies such

to try to capture the understanding
of Kellys selflessness and desire
to help people and families. These
are some of my experiences where
I personally recieved many
donations of time, and supplies.
She has never ever made me
feel like I owe her anything.
Kelly is ~~really~~ really a person
who does for others without
looking for a return. She does
this simply because she wants
to provide care for everyone, its
never about getting anything
in return for her. Those of
us who have been blessed to
work so close with her throughout
the years know everthing she
does is simply for the love
of humanity and making each
individule feel heard, loved,
and cared for. Over the
many years I have been blessed
to work with Kelly I have

been told by her If I
need something to go and
take it from her office
and not to worry about payment
I'm going to attemt to write
a list of Items I have
recieved from her with no
mention of return but I
may miss ~~something~~ things
as its been many year and
she has been my rock through
growing my family. Number 1,
her time, She has spent
a lot of time, between driving
to me, answering phone calls,
texts and all things, from during
the day, to times like, 11pm,
2am and 4am never matters.
Things from pregnancy related,
postpartum depression/anxiety,
related and baby related
~~these stro~~ Number 2,
tinctures ~~oooo~~ ~~so~~ Vitaming/
supplements, such as CBD

Oil, at least 20 bottles over the years, Ear oil from the shelf at her office. Floradix at least 10 bottles for low iron as I have struggled many times to keep my iron up. Omega$^3$ fish oil with vitamin D at least 6 bottles. Postnatal after birth tinctures 10 bottles. Stress relief tincture, the list goes on. She has also given me multiple area rugs, storage trunks, 2 couches, tables, chairs, and other household products.

I wrote this letter because with current situations I felt called to share mine and my families journey with kelly. She has always been there and ready to help when in need.